KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# ORANGE COUNTY DIVISION

| | |
|---|---|
| AMY OLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | CASE NO. 8:19-cv-01347-JVS-DFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Regarding Bench Trial (Docket No. 39):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Amy Olis ("Plaintiff") shall have Judgment in her favor and against Defendant Unum Life Insurance Company of America ("Unum") on her claim for long term disability benefits under the Enterprise Holdings, Inc. Plan ("Plan"). Among other findings, as set forth in the Court's Order Regarding Bench Trial, the Court finds that Olis was disabled from her "regular occupation" pursuant to the terms of the Plan.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Unum shall pay retroactive long term disability benefits to Plaintiff under the Plan's "regular occupation" definition of disability, in the total amount of $40,562.00. This amount, which constitutes the total long-term disability ("LTD") benefits payable under the Plan's "regular occupation" definition of disability, covers the LTD benefits payable to Olis for the 24-month period through February 28, 2019. Unum's payment of this sum does not impact its rights under the Plan's "WHAT ARE DEDUCTIBLE SOURCES OF INCOME?" provision if Plaintiff has received or receives in the future any income subject to this Plan provision.

It is FURTHER ORDERED, ADJUDGED, and DECREED that the parties have agreed and the Court hereby orders that Unum shall also pay prejudgment interest to Olis in the amount of $2,862.09.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's long term disability coverage under the Plan is reinstated and this Court remands Olis' claim back to Unum so that Unum can determine whether Olis is entitled to LTD benefits beyond February 28, 2019 under ERISA and pursuant to the terms of the Plan and the Plan's "any gainful occupation" definition of disability. Both parties shall be subject to the terms and provisions of the Plan during the review on remand. All DOL claims regulations in effect at the time of the entry of this judgment apply to Olis' remanded claim, unless subsequently modified by the DOL.

1  It is FURTHER ORDERED, ADJUDGED, and DECREED, that if the parties are unable to resolve the issue of Olis' entitlement to attorneys' fees and costs under ERISA, Plaintiff shall have an additional thirty (30) days from the date hereof to file a motion for attorneys' fees and costs.

DATED: September 30, 2020

                                                  James V. Selna
                                                  United States District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525